UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DAVID ENTO,<br><br>    Plaintiff,<br><br>    v.<br><br>WSPTO and WORLD PATENT TRADE ORGANIZATION,<br><br>    Defendants. | Case No.: 1:25-cv-0564 JLT SAB<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY THE COURT'S ORDER, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 4) |

Christian David Ento initiated the action by filing a complaint on May 12, 2025, but he did not pay the filing fee. (Doc. 1.) The following day, the Court ordered Plaintiff to pay the filing fee or apply to proceed *in forma pauperis* within 45 days. (Doc. 2.) After Plaintiff failed to pay the filing fee, submit a motion to proceed *in forma pauperis*, or otherwise communicate with the Court, the magistrate judge found Plaintiff failed to prosecute the action and failed to comply with the Court's order. (Doc. 4.) The magistrate judge found terminating sanctions are appropriate after considering the factors identified by the Ninth Circuit in *Malone v. U.S. Postal Service*, 833 F.2d 128, 130-31 (9th Cir. 1987). (*Id.* at 2-3.) Therefore, the magistrate judge recommended the Court dismiss the action without prejudice. (*Id.* at 3.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 4 at 3.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 4, citing

*Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated July 15, 2025 (Doc. 4) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice, for failure to prosecute and failure to comply with the Court's order.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 7, 2025**

UNITED STATES DISTRICT JUDGE

2